NO. 07-08-0048-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

FEBRUARY 15, 2008

______________________________

IN THE MATTER OF M.A.F., A CHILD

_________________________________

FROM THE COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

NO. 8795-J#1; HONORABLE W.F. “CORKY” ROBERTS, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

On July 20, 2005, Appellant, M.A.F.,
(footnote: 1) a child found to have engaged in delinquent conduct, was placed on probation.  On December 17, 2007, the juvenile court’s original disposition was modified and M.A.F. was committed to the Texas Youth Commission for an indeterminate period of time not to exceed the time when he shall be nineteen years old.  On January 16, 2008, Appellant timely filed a notice of appeal challenging the juvenile court’s order.  Upon filing the notice of appeal, M.A.F. did not submit the required filing fee or establish his indigence.  
See
 Tex. R. App. P. 5, 20.1, & 12.1(b).  Thus, M.A.F.’s counsel was notified by letter dated January 23, 2008, to pay the required filing fee noting that failure to do so might result in dismissal of the appeal per Rule 42.3(c) of the Texas Rules of Appellate Procedure.  To date, counsel has not responded nor paid the required filing fee.

Consequently, the appeal is dismissed.

Per Curiam

FOOTNOTES
1:
To protect the privacy of the child, we refer to the him by his initials.  
 See
 Tex. Fam. Code Ann. §§ 56.01(j), 109.002(d) (Vernon 2002).